# EXHIBIT A

# EXHIBIT A

| | |
|---|---|
| NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| | SUPERIOR COURT DIVISION |
| WAKE COUNTY | CIVIL ACTION NO. 09CVS002084 |

FILED
2010 MAR 16 PM 4:04
WAKE COUNTY, C.S.C.

| | |
|---|---|
| FEDERATED FINANCIAL CORPORATION OF AMERICA, | ) ORDER TO LIFT STAY; |
| | ) ORDER DENYING DEFEN- |
| | ) DANT'S REQUEST FOR |
| Plaintiff, | ) ARBITRATION; ORDER |
| | ) GRANTING DISCOVERY |
| | ) SANCTIONS, INCLUDING |
| v. | ) STRIKING DEFENDANT'S |
| | ) ANSWER, ENTRY OF |
| MATT JENKINS, individually and d/b/a | ) DEFAULT AND DEFAULT |
| SHEPHARD SERVICE COMPANY, | ) JUDGMENT, AWARD OF |
| | ) ATTORNEY'S FEES; AND |
| Defendant. | ) ORDER DENYING MOTION |
| | ) TO HOLD DEFENDANT IN |
| | ) CONTEMPT OF COURT |

THIS MATTER, coming on before the undersigned pursuant to Plaintiff's duly noticed *Motion to Hold Defendant(Matt Jenkins) in Contempt of Court; Motion to Lift Stay, Motion to Deny Defendant's Request for Arbitration, and Motion to Enter Discovery Sanctions,* and pursuant to Plaintiff's initial motions dated November 10, 2009, and, after reviewing the file and hearing the arguments of counsel, and with the Defendant voluntarily absent from the proceedings, the Court does HEREBY ORDER, ADJUDGE AND DECREE the following:

1. That the stay of litigation entered by this Court on January 25, 2010 is hereby lifted;

2. That Defendant's request for arbitration is hereby DENIED;

3. That Plaintiff's *Motion for Discovery Sanctions* is GRANTED; and, accordingly, that the Defendant's Answer is stricken; and that Default and Default Judgment are entered against Defendant and in favor of Plaintiff; and that Plaintiff is

entitled to recover from Defendant the sum of Eighteen Thousand Three Hundred Eighty Four and 43/100 Dollars ($18,384.43) as of April 16, 2008, plus pre-judgment interest at 29.99% per annum and post-judgment interest at 8% per annum; and the costs of this action, and attorney's fees in the amount of $7,879.20; and

    4.    That Plaintiff's *Motion to Hold Defendant in Contempt of Court* is DENIED.

IT IS SO ORDERED, this the 15th day of March, 2010.

_____
The Honorable James E. Hardin, Jr.
Superior Court Judge Presiding

# EXHIBIT B

| | |
|---|---|
| NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| | SUPERIOR COURT DIVISION |
| WAKE COUNTY | CIVIL ACTION NO. 09CVS002084 |

| | |
|---|---|
| FEDERATED FINANCIAL CORPORATION OF AMERICA, | ) <br> ) <br> ) ORDER TO SHOW CAUSE |
| Plaintiff, | ) WHY MATT JENKINS <br> ) SHOULD NOT BE HELD |
| v. | ) IN CRIMINAL CONTEMPT <br> ) OF COURT AND ORDER |
| MATT JENKINS, individually and d/b/a SHEPHARD SERVICE COMPANY, | ) FORBIDDING TRANSFER <br> ) OF DEFENDANT'S PROPERTY <br> ) |
| Defendant. | ) |

THIS CAUSE, coming on before the undersigned Judge on motion of the Plaintiff to show cause why Defendant Matt Jenkins should not be held in civil contempt of Court; and after reviewing the file and hearing the arguments of counsel, the Court finds the following:

1. Defendant Matt Jenkins failed to appear for the Show Cause Motion scheduled for April 10, 2012, despite having received adequate notice of the hearing. As a result, this Court was unable to inquire about matters related to Plaintiff's Show Cause Motion.

2. Evidence submitted by Plaintiff indicates that Defendant Matt Jenkins has received close to $400,000.00 in settlement proceeds from lawsuits he has filed in North Carolina since 2008. Defendant Matt Jenkins appears to deposit the settlement proceeds in his wife's bank account in order to avoid creditors, including Plaintiff.

3. Defendant Matt Jenkins was ordered to produce personal and corporate bank records in prior Orders from this Court. Defendant Matt Jenkins has failed and refuses to produce records from his wife's bank account or any other bank account where

the settlement proceeds have been deposited.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Matt Jenkins appear before the undersigned at 10:00 a.m. on Thursday, April 12, 2012, in Courtroom 10-D of the Wake County Superior Court to show cause why he should not be held in criminal contempt of Court for failure to appear at the Plaintiff's Show Cause hearing on April 10, 2012. Furthermore, Defendant Matt Jenkins shall bring with him all bank records from his wife's bank account or any other bank account that he has deposited funds into since January 1, 2008. Such records should reflect all deposits and disbursements from such bank accounts from January 1, 2008.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to N.C.G.S. § 1-358, the Defendant Matt Jenkins shall not transfer any funds related to lawsuit settlement proceeds received by him and deposited in any bank account or located elsewhere until further order of this Court.

IT IS SO ORDERED.

This the __10__ day of __April__, 2012.

_____
Honorable Donald W. Stephens
Superior Court Judge Presiding

# EXHIBIT C

NORTH CAROLINA                  IN THE GENERAL COURT OF JUSTICE
                                      SUPERIOR COURT DIVISION
WAKE COUNTY                       CIVIL ACTION NO. 09CVS002084

| | |
|---|---|
| FEDERATED FINANCIAL CORPORATION OF AMERICA, | ) <br> ) <br> ) ORDER FINDING MATT |
| Plaintiff, | ) JENKINS NOT TO BE IN <br> ) CRIMINAL CONTEMPT |
| v. | ) OF COURT AND ORDER <br> ) STAYING CIVIL PROCEEDINGS |
| MATT JENKINS, individually and d/b/a SHEPHARD SERVICE COMPANY, | ) PENDING OUTCOME OF <br> ) BANKRUPTCY PROCEEDINGS <br> ) |
| Defendant. | ) |

       THIS CAUSE coming on before the Honorable Donald W. Stephens pursuant to Judge Stephens' prior Order to Show Cause Why Defendant Matt Jenkins Should Not Be Held in Criminal Contempt of Court and Order Forbidding Transfer of Defendant's Property, filed on April 10, 2012 and Defendant's Motion to Stay Proceeding; and after reviewing the file and hearing the arguments of counsel, the Court finds the following:

       1.      Defendant Matt Jenkins appeared at today's hearing to show cause. Since the April 10, 2012 Order is the first Court Order requiring Matt Jenkins to appear at a show cause hearing, Matt Jenkins' appearance at today's hearing is grounds to find that he is not in criminal contempt of Court.

       2.      The remaining provisions of the April 10, 2012 Order pertain to civil proceedings in this action. Matt Jenkins filed a Chapter 7 bankruptcy petition in the Western District of North Carolina on April 11, 2012, so all civil proceedings are stayed pending the outcome of the bankruptcy proceedings.

       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Matt Jenkins is not in criminal contempt of the April 10, 2012 Order; that all civil proceedings

are stayed in this action unless and until the bankruptcy proceeding is dismissed, the automatic stay is lifted or Matt Jenkins is denied discharge. In the event any of those results transpire in the bankruptcy proceeding, then Defendant Matt Jenkins is ordered to appear at all future hearings scheduled by either party in this proceeding unless specifically excused by the Court prior to such hearing.

IT IS SO ORDERED.

This the 12 day of April, 2012.

_____
Honorable Donald W. Stephens
Superior Court Judge Presiding