# EXHIBIT E

## Cotten Wright

| | |
|---|---|
| **From:** | Matt Jenkins [shephard68@yahoo.com] |
| **Sent:** | Wednesday, May 09, 2012 4:17 PM |
| **To:** | Cotten Wright |
| **Subject:** | Re: Request for Documents |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Ms Wright

Mr. Leliever misspoke.

I was represented by Blake Norman for the NR Group case wherein a default judgment was awarded. It was uncollectable as the out of state collection agency ceased to exist.

I represented myself in the Davis,Davis case and was awarded a default judgment. It is my understanding that they are no longer in business and that the judgment is uncollectable. Technically, i had filed a motion for reconsideration on Judge Vorhees order for the calculation of default damages, not an appeal.

In any case, I no longer have any documents that are responsive to your request. However, the complaint and motion for default and reconsideration may be obtained from Pacer. Any exhibits in support were provided to the court and are in their possession.

Sincerely,
Matt Jenkins

---

**From:** Cotten Wright <cwright@grierlaw.com>
**To:** shephard68@yahoo.com
**Sent:** Friday, May 4, 2012 11:58 AM
**Subject:** Request for Documents

Mr. Jenkins:

In your bankruptcy schedules and amended schedules, you have listed two "liquidated debts" owed to you as follows:

- "Davis, Davis Judgment-currently under appeal"; and
- "NR Group Judgment/Iredell County."

Mr. LeLiever tells me that you represented yourself in these two matters. Accordingly, I write on behalf of the Trustee to request that you turnover all files related to both of these matters, including but not limited to, copies of all pleadings, copies of all documents filed with the Court of Appeals by any party; copies of all discovery requests, discovery responses and document production that were exchanged; and, if applicable, copies of any settlement agreements. Please arrange for these documents to be delivered to my office no later than by close of business on Thursday, May 10, 2012.

Thanks,
Cotten Wright

**A. COTTEN WRIGHT**



Grier Furr & Crisp, PA
ATTORNEYS AT LAW

101 North Tryon Street
Suite 1240
Charlotte, NC 28246
704-332-0207 (direct dial)

11/2/2012

704-332-0215 (fax)
cwright@grierlaw.com
www.grierlaw.com
This e-mail may contain confidential and attorney-client privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete this e-mail. Pursuant to IRS Circular 230, please be advised that, to the extent this communication contains any tax advice, it is not intended to be, was not written to be and cannot be used by any taxpayer for the purpose of avoiding penalties under U.S. federal tax law.

11/2/2012