# EXHIBIT N

# EXHIBIT N

**Cotten Wright**

| | |
|---|---|
| **From:** | D J [dlj_maj@yahoo.com] |
| **Sent:** | Tuesday, July 24, 2012 2:50 PM |
| **To:** | Cotten Wright |
| **Subject:** | Re: Dianna Jenkins Bank Records and Declarations |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Attachments:** | lttr from bank.pdf |

I am attempting to get a copy of the signature card but I do not know if I can at this time.

See attached letter from bank.

Sincerely,
Dianna Jenkins

---

**From:** Cotten Wright <cwright@grierlaw.com>
**To:** D J <dlj_maj@yahoo.com>
**Sent:** Tuesday, July 24, 2012 10:40 AM
**Subject:** RE: Dianna Jenkins Bank Records and Declarations

Thank you for the check copy and the information for Aaron. I need to see the signature card for the BB&T account and some documentation from the bank that Mr. Jenkins was an authorized user but not an owner. Thanks.

**A. Cotten Wright**
Grier Furr & Crisp, PA
101 North Tryon Street, Suite 1240
Charlotte, NC 28246
704-332-0207 (direct dial)
704-332-0215 (fax)
cwright@grierlaw.com
www.grierlaw.com
This e-mail may contain confidential and attorney-client privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete this e-mail. Pursuant to IRS Circular 230, please be advised that, to the extent this communication contains any tax advice, it is not intended to be, was not written to be and cannot be used by any taxpayer for the purpose of avoiding penalties under U.S. federal tax law.

---

**From:** D J [mailto:dlj_maj@yahoo.com]
**Sent:** Tuesday, July 24, 2012 2:33 PM
**To:** Cotten Wright
**Subject:** Re: Dianna Jenkins Bank Records and Declarations

Ms. Wright,

Please see the attached check and title form. Liberty Mutual reimbursed me for my damaged car. The car was titled and registered in my name only.

Mr Jenkins was an authorized user of the BB&T account. He was not a joint owner. He had to submit evidence to Judge Stephens in his case in Wake County attesting to this.

10/26/2012

Aaron Jenkins mailing address is 14833 Mansa Dr. La Mirada Ca. 90638
I do not have an email address for him.

Joshua Jenkins was deployed to a classified location which the Air Force will not disclose. I have no information for him.

Sincerely,
Dianna Jenkins

---

**From:** Cotten Wright <cwright@grierlaw.com>
**To:** D J <dlj_maj@yahoo.com>
**Sent:** Tuesday, July 24, 2012 5:09 AM
**Subject:** RE: Dianna Jenkins Bank Records and Declarations

Ms. Jenkins:

Thank you for responding to my email. Mr. Jenkins did not provide the Trustee with a copy of the check for $4,020.60. He did give the Trustee a copy of a check for $250 from Liberty Mutual dated 5/8/12 and made payable to both you and Mr. Jenkins. I need to see a copy of the $4,020.60, so please send that to me.

Thank you for providing your change of address. You should send a notice of that change to the Bankruptcy Court.

Mr. Jenkins testified last week that he signed a signature card for your account with BB&T. I need confirmation as to whether or not he was a signer & joint owner of that account. Please reqeust a copy of the signature card from BB&T and send that to me. I have made the same request of Mr. Jenkins.

Finally, we are prepared to dismiss the adversary proceeding as to each of your children. In order to do that, however, I will need to communicate with Aaron Jenkins directly. Please send me his mailing address and his email address.

Thanks,
Cotten Wright

**A. Cotten Wright**
Grier Furr & Crisp, PA
101 North Tryon Street, Suite 1240
Charlotte, NC 28246
704-332-0207 (direct dial)
704-332-0215 (fax)
cwright@grierlaw.com
www.grierlaw.com

This e-mail may contain confidential and attorney-client privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete this e-mail. Pursuant to IRS Circular 230, please be advised that, to the extent this communication contains any tax advice, it is not intended to be, was not written to be and cannot be used by any taxpayer for the purpose of avoiding penalties under U.S. federal tax law.

---

**From:** D J [mailto:dlj_maj@yahoo.com]
**Sent:** Monday, July 23, 2012 12:01 AM
**To:** Cotten Wright
**Subject:** Re: Dianna Jenkins Bank Records and Declarations

10/26/2012

Ms. Wright,

The $4020.00 was reimbursement to me for my car accident. It is my understanding that Mr. Jenkins provided a copy of that check to the trustee at his creditors meeting.
The 500.00 was my cash deposited into my account.

Mr. Jenkins has informed me that you have requested my new address. Due to the terrible financial situation that his bankruptcy filing has caused me, I had to move back in with my parents in California.

My new address is 3638 Del Amo Blvd. Lakewood Ca. 90712
My minor daughter resides with me but my adult children do not.

Sincerely,
Dianna Jenkins

---

**From:** Cotten Wright <cwright@grierlaw.com>
**To:** D J <dlj_maj@yahoo.com>
**Sent:** Tuesday, July 17, 2012 4:29 PM
**Subject:** RE: Dianna Jenkins Bank Records and Declarations

Mrs. Jenkins:

In addition to my inquiry regarding the deposit of $4,020.60 on April 11, 2010, I also need to know the source of the $500.00 deposit to your BB&T account that was made on April 9, 2011.

Thanks,
Cotten Wright

**A. Cotten Wright**
Grier Furr & Crisp, PA
101 North Tryon Street, Suite 1240
Charlotte, NC 28246
704-332-0207 (direct dial)
704-332-0215 (fax)
cwright@grierlaw.com
www.grierlaw.com
This e-mail may contain confidential and attorney-client privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete this e-mail. Pursuant to IRS Circular 230, please be advised that, to the extent this communication contains any tax advice, it is not intended to be, was not written to be and cannot be used by any taxpayer for the purpose of avoiding penalties under U.S. federal tax law.

---

**From:** D J [mailto:dlj_maj@yahoo.com]
**Sent:** Tuesday, July 17, 2012 3:13 PM
**To:** Cotten Wright
**Subject:** Re: Dianna Jenkins Bank Records and Declarations

Ms. Wright

Please see the attached statement

10/26/2012

Thank you,

Dianna Jenkins

---

**From:** Cotten Wright <cwright@grierlaw.com>
**To:** D J <dlj_maj@yahoo.com>
**Sent:** Monday, July 16, 2012 10:35 AM
**Subject:** RE: Dianna Jenkins Bank Records and Declarations

Mrs. Jenkins:

I am writing to follow up on the copies of bank statements that we requested from you. The last statement we have on your acount with BB&T is dated March 14, 2012. Please send me a copy of the statement on your BB&T account that shows activity from March 15, 2012 through and including the Petition Date, April 11, 2012.

Thanks,
Cotten Wright

## A. Cotten Wright
Grier Furr & Crisp, PA
101 North Tryon Street, Suite 1240
Charlotte, NC 28246
704-332-0207 (direct dial)
704-332-0215 (fax)
cwright@grierlaw.com
www.grierlaw.com
This e-mail may contain confidential and attorney-client privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete this e-mail. Pursuant to IRS Circular 230, please be advised that, to the extent this communication contains any tax advice, it is not intended to be, was not written to be and cannot be used by any taxpayer for the purpose of avoiding penalties under U.S. federal tax law.

---

**From:** D J [mailto:dlj_maj@yahoo.com]
**Sent:** Friday, June 15, 2012 10:00 PM
**To:** Cotten Wright
**Subject:** Re: Dianna Jenkins Bank Records and Declarations

Ms. Wright,
I have made copies of the statements for the relevant time frame and mailed them to you today.

Regards,
Ms. Jenkins

**From:** Cotten Wright <cwright@grierlaw.com>
**To:** D J <dlj_maj@yahoo.com>
**Sent:** Friday, June 15, 2012 7:40 AM
**Subject:** RE: Dianna Jenkins Bank Records and Declarations

Mrs. Jenkins: My law clerk and I have reviewed all the bank statements that were provided to us, and we do not have the ones that I requested yesterday. Thanks.

## A. COTTEN WRIGHT

10/26/2012



101 North Tryon Street
Suite 1240
Charlotte, NC 28246
704-332-0207 (direct dial)
704-332-0215 (fax)
cwright@grierlaw.com
www.grierlaw.com

This e-mail may contain confidential and attorney-client privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete this e-mail. Pursuant to IRS Circular 230, please be advised that, to the extent this communication contains any tax advice, it is not intended to be, was not written to be and cannot be used by any taxpayer for the purpose of avoiding penalties under U.S. federal tax law.

---

**From:** D J [mailto:dlj_maj@yahoo.com]
**Sent:** Thursday, June 14, 2012 10:05 PM
**To:** Cotten Wright
**Subject:** Re: Dianna Jenkins Bank Records and Declarations

Ms Wright,

Can you please verify that you did not receive the statements for the dates in question.

I made copies of all of the bank statements.

If you are positive that they are not in the package that Mr. Jenkins provided to the trustee then I will be more than happy to recopy them and mail them to you.

Thank you,

Mrs. Jenkins

---

**From:** Cotten Wright <cwright@grierlaw.com>
**To:** D J <dlj_maj@yahoo.com>
**Sent:** Thursday, June 14, 2012 2:55 PM
**Subject:** RE: Dianna Jenkins Bank Records and Declarations

Mrs. Jenkins:

We have reviewed the copies of your BB&T bank statements that Mr. Jenkins provided to the Trustee. We only have a partial copy of the statement dated 12/15/2010, and the next statement after that is dated 2/14/2012. Please provide a complete copy of the 12/15/2010 statement as well as copies of the statements for the period beginning 12/16/2010 and ending 1/16/2012 for your BB&T account.

Thanks,
Cotten Wright

10/26/2012

## A. COTTEN WRIGHT



101 North Tryon Street
Suite 1240
Charlotte, NC 28246
704-332-0207 (direct dial)
704-332-0215 (fax)
cwright@grierlaw.com
www.grierlaw.com

This e-mail may contain confidential and attorney-client privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete this e-mail. Pursuant to IRS Circular 230, please be advised that, to the extent this communication contains any tax advice, it is not intended to be, was not written to be and cannot be used by any taxpayer for the purpose of avoiding penalties under U.S. federal tax law.

---

**From:** D J [mailto:dlj_maj@yahoo.com]
**Sent:** Monday, May 14, 2012 5:33 PM
**To:** Cotten Wright
**Subject:** Dianna Jenkins Bank Records and Declarations

Ms. Wright,

In complying with the court order, I had my husband turn over to Mr Ward earlier today my BBT bank records dating from 1/08 thru the present.

After further research, it appears that one, maybe two settlement checks written by Mr Leliever were deposited into my Wells Fargo account. My husband informed Mr Ward of this earlier today. These are my only two bank accounts and my husband is not an authorized user of the Wells Fargo account. I have attached my bank statements for the Wells Fargo account from the opening date to the present. There are no settlement proceeds in the account.

Also attached are the declarations of my children reiterating that they have no settlement proceeds nor have the ever been provided any settlement proceeds.

Regards,

Dianna Jenkins

10/26/2012

10/26/2012

**BB&T**

April 10, 2012

Branch Banking & Trust Co.

163 Plantation Ridge Drive
P.O. Box 3400
Mooresville, NC 28117
(704) 663-6063
Fax (704) 663-6080

Re: Account Authorization

To Whom It May Concern:

Please accept this letter as a confirmation that Matt Jenkins is not an account owner for Dianna Jenksins's account ending in ####0440. He is an authorized user only.

If you have any questions, please let me know.

Sincerely,

Kong Phonesavanh
Relationship Banker II
Morrison Plantation
704-663-5897