# EXHIBIT O

# Cotten Wright

| | |
|---|---|
| **From:** | Cotten Wright |
| **Sent:** | Thursday, July 19, 2012 6:01 PM |
| **To:** | 'Matt Jenkins' |
| **Cc:** | jward4@carolina.rr.com; 'Linda_Simpson@ncwba.uscourts.gov' |
| **Subject:** | In re Jenkins / 12-50413 - Requests |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Mr. Jenkins:

I am writing to follow up with the requests I made during the continued creditors' meeting today. My notes indicate that those requests were as follows:

- North Carolina rental property:
    - Amend Schedule F to reflect landlord as creditor, including the landlord's name & address.
    - Amend Schedule B to reflect any security deposit being held by the landlord as of the Petiton Date.
- Statement of financial affairs:
    - List any charitable gifts made in the year before the Petition Date in item 7; send me check numbers or retrieve cancelled checks related to each of those gifts.
    - Update item 3a to list all payments made to any creditors within 90 days of filing for bankruptcy, including any cash payments.
    - Update item 3c to reflect all payments made to insiders within year prior to filing.
    - Item 10 - List all transfers made within two years of filing that were not made not in ordinary course of business (including, but not limited to, transfers to Mrs. Jenkins, Andrew LeLiever, and Don Kovaleski).
    - Provide a detailed breakdown of settlements comprising the $235,278 in item 1b to included gross proceeds, fees and expenses paid, and the net transferred to Mrs. Jenkins or to you.
    - Provide a copy of the signature card for the BB&T checking account, #0005297940440, and a statement from BB&T that you are not an owner of that account but only an "authorized user."
    - To the extent that you are an owner of the BB&T checking account, amend Schedule B to show the balance in that account as of the Petition Date.
    - Identify the source of the check deposited to the BB&T checking account on the Petitin Date in the amount of $4,020.60 and the sourece of the $500 deposit to the BB&T checking account on 4/9/2012.
- Provide a calculation as to the $97,500 claim you scheduled for LeLiever.
- Provide copies of any emails to or from Don Kovaleski and a copy of your phone records identifying calls made to and from Mr. Kovaleski.
- Provide address(es) for Mrs. Jenkins and your children (other than Joshua).

The items that I have requested are due to me by July 26, 2012. I have copied you on an email to Judge Beyer's law clerk suggesting that the show cause hearing on Monday be continued to give you time to comply with these requests. I have also cautioned you to review your bankruptcy papers carefully and to seek the advice of bankruptcy counsel in order to ensure that your Petition is complete and accurate.

If you have any questions, please let me know.

Thanks,
Cotten Wright

11/5/2012

**A. COTTEN WRIGHT**

# Grier Furr
# &Crisp PA
ATTORNEYS AT LAW

101 North Tryon Street
Suite 1240
Charlotte, NC 28246
704-332-0207 (direct dial)
704-332-0215 (fax)
cwright@grierlaw.com
www.grierlaw.com

This e-mail may contain confidential and attorney-client privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete this e-mail. Pursuant to IRS Circular 230, please be advised that, to the extent this communication contains any tax advice, it is not intended to be, was not written to be and cannot be used by any taxpayer for the purpose of avoiding penalties under U.S. federal tax law.

11/5/2012