# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| **In re:**<br>　　Matthew Alan Jenkins,<br>　　d/b/a Shephard Service Company,<br><br>　　　　　　　　　　Debtor. | Case No. 12-50413<br><br>Chapter 7 |
| James T. Ward, Sr., Trustee, and Linda Simpson, United States Bankruptcy Administrator,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Matthew Alan Jenkins,<br><br>　　　　　　　　　　Defendant. | Adversary Proceeding 12-3223 |

## AMENDED NOTICE OF HEARING

　　TAKE NOTICE that on January 22, 2013, Plaintiffs in the above-captioned adversary proceeding, through counsel, filed their *Plaintiffs' Motion for Summary Judgment* (the "Motion") and a *Notice of Hearing* scheduling a hearing for February 27, 2013, at 9:30 A.M. in the Bankruptcy Courtroom, 401 West Trade Street, Charlotte, North Carolina.

　　TAKE FURTHER NOTICE that the Notice of Hearing is hereby **amended** to provide notice that the hearing time has been changed to **11 A.M. on February 27, 2013** in the Bankruptcy Courtroom, 401 West Trade Street, Charlotte, North Carolina.

　　No further notice will be given.

　　**DATED** this 14th day of February, 2013.

　　　　　　　　　　　　　　　　　　　　*/s/ A. Cotten Wright*
　　　　　　　　　　　　　　　　　　　　A. Cotten Wright
　　　　　　　　　　　　　　　　　　　　State Bar No. 28162
　　　　　　　　　　　　　　　　　　　　Grier, Furr & Crisp, PA
　　　　　　　　　　　　　　　　　　　　101 N. Tryon Street, Suite 1240
　　　　　　　　　　　　　　　　　　　　Charlotte, NC  28246
　　　　　　　　　　　　　　　　　　　　(704) 332-0207 – Telephone
　　　　　　　　　　　　　　　　　　　　(704) 332-0215 – Fax
　　　　　　　　　　　　　　　　　　　　cwright@grierlaw.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

| | |
|---|---|
| **In re:**<br>　　**Matthew Alan Jenkins,**<br>　　**d/b/a Shephard Service Company,**<br><br>　　　　　　　　　　　**Debtor.** | **Case No. 12-50413**<br><br>**Chapter 7** |
| **James T. Ward, Sr., Trustee, and Linda Simpson, United States Bankruptcy Administrator,**<br><br>　　　　　　　　　　　**Plaintiffs,**<br><br>**v.**<br><br>**Matthew Alan Jenkins,**<br><br>　　　　　　　　　　　**Defendant.** | **Adversary Proceeding 12-3223** |

## **CERTIFICATE OF SERVICE**

　　　　The undersigned hereby certifies that copies of the *Amended Notice of Hearing* was served on the following parties by email, electronic service and by U. S. mail, postage prepaid and addressed as follows:

U.S. Bankruptcy Administrator
402 W. Trade St., Ste. 200
Charlotte, NC 28202-1669
*Via electronic service*

Matthew Alan Jenkins
14833 Mansa Dr.
La Mirada, CA 90638
shephard68@yahoo.com

　　　　This is the 14th of February, 2013.

　　　　　　　　　　　　　　　　　　　　*A. Cotten Wright*
　　　　　　　　　　　　　　　　　　　　Grier Furr & Crisp, PA
　　　　　　　　　　　　　　　　　　　　101 N. Tryon St., Suite 1240
　　　　　　　　　　　　　　　　　　　　Charlotte, NC 28246