# EXHIBIT R

```
             IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                       CHARLOTTE DIVISION
```

| | |
|---|---|
| In the matter of: | ) |
| | ) |
| MATTHEW ALAN JENKINS, | ) Case No. 12-50413 |
| | ) Charlotte, NC |
| Debtor. | ) July 19, 2012 |

### TRANSCRIPT OF 341 MEETING OF CREDITORS

APPEARANCES:

Linda Simpson
U.S. Bankruptcy Adm.'s Office
402 West Trade Street
Suite 200
Charlotte, NC 28202

A. Cotten Wright
Grier, Furr & Crisp P.A.
101 North Tryon Street
Suite 1240
Charlotte, NC 28246

| | |
|---|---|
| Transcriber: | Patricia Basham |
| | 6411 Quail Ridge Drive |
| | Bartlett, TN  38135 |
| | 901-372-0613 |

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

                                                                    38

1  Q.        Okay.  You tell me when you are ready.
2  A.        All right.
3  Q.        You had e-mailed to me your change of address.  That
4  still has not made it to the court's docket.
5  A.        Yeah, I re-mailed that certified mail.
6  Q.        Well, it's your responsibility to keep the bankruptcy
7  court updated with your current address.  If you should leave
8  your parent's house for any reason, until your case is closed,
9  you need to keep the court apprised of what your address is.
10 A.        Okay.
11 Q.        And you also need to keep us up-to-date on your e-
12 mail address?
13 A.        Okay.
14 Q.        All right.  I will see if the Bankruptcy
15 Administrator has any questions.  She does not.  Thank you, Mr.
16 Jenkins.  Mr. Jenkins, I am not going to conclude the meeting
17 today.  I am going to talk with the trustee and, if he
18 determines that we can adjourn the meeting, we will file a
19 notice of that, but officially the meeting is continued.
20 A.        Uh-huh.
21 Q.        Thank you very much.
22 A.        Okay.  Thank you.
23         MS. SIMPSON: Thank you, Mr. Jenkins.  That concludes
24 the telephone call.
25         MR. JENKINS: Thank you.