# EXHIBIT S

EXHIBIT S

VENUE, PaperFile, HOLDdschg, AwClose, PayTR, TrRpt, 727OBJ, FeeDueAPL, TRANSCRIPT

## U.S. Bankruptcy Court
### Western District of North Carolina (Charlotte)
### Bankruptcy Petition #: 12-50413

*Date filed:* 04/11/2012

*Assigned to:* Laura T. Beyer
Chapter 7
Voluntary
No asset

| | |
|---|---|
| *Debtor*<br>**Matthew Alan Jenkins**<br>14833 Mansa Dr<br>La Mirada, CA 90638<br>IREDELL-NC<br>SSN / ITIN: xxx-xx-7881<br>*fdba* **Shephard Service Company** | represented by **Matthew Alan Jenkins**<br>PRO SE |
| *Trustee*<br>**James T. Ward, Sr.**<br>404 Bethel Street<br>P. O. Box 240<br>Clover, SC 29710-0240<br>803-222-0012 | represented by **Grier Furr & Crisp, P.A.**<br>101 N. Tryon Street, Suite 1240<br>Charlotte, NC 28246<br>Email: jgrier@grierlaw.com<br><br>**Anna Cotten Wright**<br>Grier, Furr & Crisp, PA<br>101 N. Tryon St., Suite 1240<br>Charlotte, NC 28246<br>(704)332-0207<br>Email: cwright@grierlaw.com |
| *U.S. Trustee*<br>**U.S. Bankruptcy Administrator**<br>402 W. Trade Street<br>Suite 200<br>Charlotte, NC 28202-1669<br>(704)350-7587 | represented by **Linda W Simpson**<br>U.S. Bankruptcy Administrator<br>402 W. Trade Street<br>Suite 200<br>Charlotte, NC 28202<br>704-350-7587<br>Fax : 704-344-6666<br>Email: Linda_Simpson@ncwba.uscourts.gov |
| *Interested Party*<br>**Nationwide Credit, Inc.** | represented by **Caren D. Enloe**<br>Morris Manning & Martin, LLP<br>PO Box 12768<br>Research Triangle Park, NC 27709<br>919-806-2969<br>Fax : 919-806-2057<br>Email: cenloe@mmmlaw.com |
| *Interested Party* | represented by **Caren D. Enloe** |

| | |
|---|---|
| MRS BPO, LLC | (See above for address) |
| *Interested Party*<br>M.R.S. Associates, Inc. | represented by **Caren D. Enloe**<br>(See above for address) |
| *Interested Party*<br>G.C. Services Limited Partnership | represented by **Caren D. Enloe**<br>(See above for address) |
| *Interested Party*<br>Pro Consulting Services, Inc. | represented by **Jon Stephen Player**<br>Hedrick Gardner Kincheloe Garofalo LLP<br>P.O. Box 30397<br>Charlotte, NC 28230<br>704-602-8023<br>Fax : 704-602-8123<br>Email: jplayer@hedrickgardner.com |
| *Interested Party*<br>Aegis Receivables Management, Inc. | represented by **Jon Stephen Player**<br>(See above for address) |
| *Interested Party*<br>Federated Financial Corporation of America | represented by **Jon Stephen Player**<br>(See above for address) |

| Filing Date | # | Docket Text |
|---|---|---|
| 04/11/2012 | 1 | Voluntary Petition Under Chapter 7 - Filing Fee Amount $ 306 (cch) (Entered: 04/11/2012) |
| 04/11/2012 | 2 | Certificate of Credit Counseling filed by Matthew Alan Jenkins.(cch) (Entered: 04/11/2012) |
| 04/11/2012 | 3 | Court Notice of Deficient Filing (RE: related document(s)1 Voluntary Petition Under Chapter 7 filed by Debtor Matthew Alan Jenkins). (cch) (Entered: 04/11/2012) |
| 04/12/2012 | 4 | Notice of 341(a) Meeting of Creditors. 341(a) meeting to be held on 5/14/2012 at 10:00 AM at 5-Johnson J Hayes Federal Bl Last day to oppose discharge or dischargeability is 7/13/2012. (ea) (Entered: 04/12/2012) |
| 04/12/2012 | 5 | Notice of Appearance and Request for Notice filed by Caren D. Enloe on behalf of Nationwide Credit, Inc., MRS BPO, LLC, M.R.S. Associates, Inc., G.C. Services Limited Partnership. (Enloe, Caren) (Entered: 04/12/2012) |
| 04/12/2012 | 6 | Motion*For Examination Of Debtor Pursuant to Rule 2004*. filed by Caren D. Enloe on behalf of G.C. Services Limited Partnership. (Enloe, Caren) (Entered: 04/12/2012) |
| 04/13/2012 | 7 | BNC Certificate of Mailing (RE: related document(s)3 Notice of Deficient/Defective Filing). No. of Notices: 1. Notice Date 04/13/2012. (Admin.) (Entered: 04/14/2012) |

| | | |
|---|---|---|
| 04/14/2012 | 8 | BNC Certificate of Mailing (RE: related document(s)4 Notice of 341(a) Meeting of Creditors). No. of Notices: 1. Notice Date 04/14/2012. (Admin.) (Entered: 04/15/2012) |
| 04/14/2012 | 9 | BNC Certificate of Mailing (RE: related document(s)4 Notice of 341(a) Meeting of Creditors). No. of Notices: 3. Notice Date 04/14/2012. (Admin.) (Entered: 04/15/2012) |
| 04/16/2012 | 10 | Response (RE: related document(s)6 Motion (Other) filed by Interested Party G.C. Services Limited Partnership) Filed by Matthew Alan Jenkins. (ea) (Entered: 04/16/2012) |
| 04/16/2012 | 12 | Notice of Appearance and Request for Notice filed by Gregory P. Chocklett on behalf of Federated Financial Corporation of America. (Chocklett, Gregory) (Entered: 04/16/2012) |
| 04/17/2012 | 13 | Application w/Affidavit to Employ Attorney *Grier Furr & Crisp, PA, with Declaration & COS* filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 04/17/2012) |
| 04/17/2012 | 14 | Order Granting Application to Employ Attorney for Trustee. (Related Doc # 13) (ea) (Entered: 04/17/2012) |
| 04/17/2012 | 15 | Objection to Other Document (RE: related document(s)6 Motion (Other) filed by Interested Party G.C. Services Limited Partnership) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. Hearing scheduled for 4/19/2012 at 10:00 AM at 3-LTB-Rm126. (Wright, Anna) Modified on 4/18/2012 (ea).SEE DEFECTIVE NOTICE #19. (Entered: 04/17/2012) |
| 04/17/2012 | 16 | Adversary case 12-05033. Complaint 11 by James T. Ward, Trustee against Dianna Lee Jenkins, Joshua Matthew Jenkins, Aaron Matthew Jenkins, S.J. - Fee Amount $ 293. Pre-Trial Order due by 08/15/2012. (Attachments: # 1 Cover Sheet# 2 Exhibit A-D) (Wright, Anna) Modified on 6/11/2012 (cch). Corrective entry: Docket text changed to add initials of minor child per order #84. (Entered: 04/17/2012) |
| 04/17/2012 | 17 | Notice of Hearing (RE: related document(s)15 Objection filed by Trustee James T. Ward) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. Hearing scheduled for 4/19/2012 at 10:00 AM at 3-LTB-Rm126. (Wright, Anna) (Entered: 04/17/2012) |
| 04/18/2012 | 18 | Certificate of Service (RE: related document(s)14 Order on Application to Employ) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 04/18/2012) |
| 04/18/2012 | 19 | Court Notice of Defective Filing (RE: related document(s)15 Objection filed by Trustee James T. Ward). (ea) (Entered: 04/18/2012) |
| 04/18/2012 | 21 | Ex Parte Motion to Shorten Notice (RE: related document(s)15 Objection filed by Trustee James T. Ward) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 04/18/2012) |

| | | |
|---|---|---|
| 04/19/2012 | | Disposition of Hearing Held before the Honorable Laura T. Beyer: DENIED (RE: related document(s)6 Motion for Rule 2004 Examination filed by Interested Party G.C. Services Limited Partnership). (tes) (Entered: 04/19/2012) |
| 04/19/2012 | 22 | Order Granting Motion to Shorten Notice (Related Doc # 21) (ea) (Entered: 04/19/2012) |
| 04/20/2012 | 23 | Motion to Turnover *Motion for Turnover of Documents Relating to Litigation Claims Asserted by the Debtor* filed by Anna Cotten Wright on behalf of James T. Ward Sr.. Hearing scheduled for 4/25/2012 at 09:30 AM at 3-LTB-Rm126. (Wright, Anna) (Entered: 04/20/2012) |
| 04/20/2012 | 24 | Motion to Change Division with Notice of Hearing. filed by Anna Cotten Wright on behalf of James T. Ward Sr.. Hearing scheduled for 4/25/2012 at 09:30 AM at 3-LTB-Rm126. (Wright, Anna) (Entered: 04/20/2012) |
| 04/20/2012 | 25 | Motion to Shorten Notice (RE: related document(s)23 Motion to Turnover filed by Trustee James T. Ward, 24 Motion to Change Division filed by Trustee James T. Ward) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 04/20/2012) |
| 04/20/2012 | 26 | Notice of Hearing (RE: related document(s)23 Motion to Turnover filed by Trustee James T. Ward, 24 Motion to Change Division filed by Trustee James T. Ward) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. Hearing scheduled for 4/25/2012 at 09:30 AM at 3-LTB-Rm126. (Wright, Anna) (Entered: 04/20/2012) |
| 04/20/2012 | 27 | Court Order. (ea) (Entered: 04/20/2012) |
| 04/20/2012 | 29 | Order Granting Motion to Shorten Notice (Related Doc # 25) (ea) (Entered: 04/20/2012) |
| 04/20/2012 | 30 | Certificate of Service (RE: related document(s)27 Order (other)) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 04/20/2012) |
| 04/22/2012 | 31 | BNC Certificate of Mailing (RE: related document(s)27 Order (other)). No. of Notices: 6. Notice Date 04/22/2012. (Admin.) (Entered: 04/23/2012) |
| 04/23/2012 | 32 | Certificate of Service (RE: related document(s)29 Order on Motion to Shorten Notice) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 04/23/2012) |
| | | Statement of Income, Declaration, Statement of Intent, Statement of Financial Affairs, Official Form 6, Schedule J, Schedule I, Schedule H, Schedule G, Schedule F, Schedule E, Schedule D, Schedule C, Schedule B, Schedule A (RE: related document(s)1 Voluntary Petition Under Chapter 7 filed by Debtor Matthew Alan Jenkins) filed by Matthew Alan Jenkins . (ea) Modified on 4/24/2012 (ea).SEE DEFECTIVE NOTICE |

| | | |
|---|---|---|
| 04/24/2012 | 33 | #35. (Entered: 04/24/2012) |
| 04/24/2012 | 34 | Clerk's Notice of Presumed Abuse. (RE: related document(s)33 Schedules and Statements filed by Debtor Matthew Alan Jenkins). (ea) (Entered: 04/24/2012) |
| 04/24/2012 | 35 | Court Notice of Defective Filing (RE: related document(s)33 Schedules and Statements filed by Debtor Matthew Alan Jenkins). (ea) (Entered: 04/24/2012) |
| 04/25/2012 | | Disposition of Hearing Held before the Honorable Laura T. Beyer: GRANTED (RE: related document(s)23 Motion to Turnover filed by Trustee James T. Ward, 24 Motion to Change Division filed by Trustee James T. Ward). (tes) (Entered: 04/25/2012) |
| 04/25/2012 | 36 | Motion to Turnover *Documents Relating to Litigation Claims Asserted by the Debtor* filed by Anna Cotten Wright on behalf of James T. Ward Sr.. Hearing scheduled for 5/2/2012 at 10:30 AM at 3-LTB-Rm126. (Attachments: # 1 Notice of Hearing w/COS) (Wright, Anna) (Entered: 04/25/2012) |
| 04/25/2012 | 37 | Ex Parte Motion to Shorten Notice (RE: related document(s)36 Motion to Turnover filed by Trustee James T. Ward) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 04/25/2012) |
| 04/26/2012 | 38 | Order Granting Motion to Shorten Notice (Related Doc # 37) (ea) (Entered: 04/26/2012) |
| 04/26/2012 | 39 | Order Granting Motion to Turnover Documents Relating to Litigation Claims Asserted by the Debtor. (Related Doc # 23) (ea) (Judgment Book) (Entered: 04/26/2012) |
| 04/26/2012 | 40 | Certificate of Service (RE: related document(s)38 Order on Motion to Shorten Notice, 39 Order on Motion to Turnover) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 04/26/2012) |
| 04/26/2012 | 42 | BNC Certificate of Mailing (RE: related document(s)34 Notice of Presumed Abuse). No. of Notices: 6. Notice Date 04/26/2012. (Admin.) (Entered: 04/27/2012) |
| 04/26/2012 | 43 | BNC Certificate of Mailing (RE: related document(s)35 Notice of Deficient/Defective Filing). No. of Notices: 1. Notice Date 04/26/2012. (Admin.) (Entered: 04/27/2012) |
| 04/27/2012 | 44 | Order Granting Motion to Change Venue from Wilkesboro Division to Charlotte Division. (Related Doc # 24) (ea) (Entered: 04/27/2012) |
| | | Amended Declaration, Statement of Intent, Official Form 6, Schedule F, Schedule C, Schedule B Amended as Follows: Change Creditors or Amounts. - Fee Amount $30.00 filed by Matthew Alan Jenkins. (ea) |

| | | |
|---|---|---|
| 04/30/2012 | 45 | (Entered: 04/30/2012) |
| 04/30/2012 | 46 | Certificate of Service (RE: related document(s)44 Order on Motion to Change Division) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 04/30/2012) |
| 05/01/2012 | 47 | Emergency Motion to Turnover *of Settlement Funds* filed by Anna Cotten Wright on behalf of James T. Ward Sr.. Hearing scheduled for 5/2/2012 at 10:30 AM at 3-LTB-Rm126. (Wright, Anna) (Entered: 05/01/2012) |
| 05/01/2012 | 48 | Ex Parte Motion to Shorten Notice (RE: related document(s)47 Motion to Turnover filed by Trustee James T. Ward) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 05/01/2012) |
| 05/01/2012 | 49 | Order Granting Motion to Shorten Notice (Related Doc # 48) (ea) (Entered: 05/01/2012) |
| 05/02/2012 | | Disposition of Hearing Held before the Honorable Laura T. Beyer: (RE: related document(s)36 Motion to Turnover filed by Trustee James T. Ward - GRANTED, 47 Motion to Turnover filed by Trustee James T. Ward - GRANTED WITHOUT PREJUDICE). (cas) (Entered: 05/02/2012) |
| 05/03/2012 | 50 | Order Granting Motion to Turnover of Settlement Funds. (Related Doc # 47) (ea) (Judgment Book) (Entered: 05/03/2012) |
| 05/03/2012 | 51 | Order Granting Motion to Turnover Documents Relating to Litigation Claims Asserted by the Debtor. (Related Doc # 36) (ea) (Judgment Book) (Entered: 05/03/2012) |
| 05/04/2012 | 52 | Certificate of Service (RE: related document(s)50 Order on Motion to Turnover, 51 Order on Motion to Turnover) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 05/04/2012) |
| 05/04/2012 | | Bankruptcy Administrator Statement of Presumed Abuse Status of Means Test due 06/4/2012. (kta, BA) (Entered: 05/04/2012) |
| 05/07/2012 | 53 | Clerk's Notice of Presumed Abuse. (RE: related document(s) BA Statement of Presumed Abuse). (ea) (Entered: 05/07/2012) |
| 05/09/2012 | 54 | Notice of Appearance and Request for Notice filed by Jon Stephen Player on behalf of Pro Consulting Services, Inc., Aegis Receivables Management, Inc., Federated Financial Corporation of America. (Player, Jon) (Entered: 05/09/2012) |
| 05/09/2012 | 55 | BNC Certificate of Mailing (RE: related document(s)53 Notice of Presumed Abuse). No. of Notices: 8. Notice Date 05/09/2012. (Admin.) (Entered: 05/10/2012) |
| | | *Ex Parte Motion for Entry of Order Directing Rule 2004 Examination of and Production of Documents by W. Andrew LeLiever* filed by Anna |

| | | |
|---|---|---|
| 05/23/2012 | 56 | Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) Modified on 6/11/2012 (cch).See Order #84. (Entered: 05/23/2012) |
| 05/24/2012 | 58 | Order Granting in Part Ex Parte Motion for Rule 2004 Examination of and Production of Documents by W. Andrew Leliever and Leliever Law, P.A.. (RE: related document(s)56 Other Document filed by Trustee James T. Ward) (cch) (Entered: 05/24/2012) |
| 05/24/2012 | 59 | *Notice of Entry of Ex Parte Relief* (RE: related document(s)58 Order (other)) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 05/24/2012) |
| 05/26/2012 | 60 | BNC Certificate of Mailing (RE: related document(s)58 Order (other)). No. of Notices: 3. Notice Date 05/26/2012. (Admin.) (Entered: 05/27/2012) |
| 05/30/2012 | 61 | BANKRUPTCY ADMINISTRATORS STATEMENT UNDER 11 U.S.C. §704(b)(2) (RE: related document(s) BA Statement of Presumed Abuse) filed by U.S. Bankruptcy Administrator. (kta, BA) (Entered: 05/30/2012) |
| 05/30/2012 | 62 | *Ex Parte Motion for Order Authorizing Trustee to File Motions to Settle Litigation Matters Under Seal w/Exhibit A* filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 05/30/2012) |
| 05/31/2012 | 63 | Court Notice of Defective Filing (RE: related document(s)62 Other Document filed by Trustee James T. Ward). (ea) (Entered: 05/31/2012) |
| 05/31/2012 | 64 | Order Granting Motion for Order Authorizing Trustee to File Motions to Settle Litigation Matters Under Seal. (RE: related document(s)62 Other Document filed by Trustee James T. Ward) (ea) (Entered: 05/31/2012) |
| 06/04/2012 | 65 | Certificate of Service (RE: related document(s)64 Order (other)) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 06/04/2012) |
| 06/05/2012 | 73 | Motion to Dismiss Bankruptcy Case for Abuse filed by William Andrew LeLiever on behalf of William Andrew LeLiever. Hearing scheduled for 6/13/2012 at 09:00 AM at 3-Charlotte First Meeting Room. (LeLiever, William) Modified on 6/6/2012 (ea).CORRECTIVE ENTRY: Change hearing date from 6/13/2012 at 09:00 AM at 3-Charlotte First Meeting Room to - 6/27/2012 at 09:30 A.M. in Charlotte, NC, Courtroom #126. (Entered: 06/05/2012) |
| 06/05/2012 | 74 | Notice of Hearing (RE: related document(s)73 Motion to Dismiss filed by Creditor William Andrew LeLiever) filed by William Andrew LeLiever on behalf of William Andrew LeLiever. Hearing scheduled for 6/27/2012 at 09:30 AM at 3-Charlotte First Meeting Room. (LeLiever, William) Modified on 6/6/2012 (ea).CORRECTIVE ENTRY: Change hearing location from 3-Charlotte First Meeting Room to - Charlotte, NC, Courtroom #126. (Entered: 06/05/2012) |
| | | |

| | | |
|---|---|---|
| 06/06/2012 | 75 | *Ex Parte Motion to Seal Documents and Correct Docket Report* filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 06/06/2012) |
| 06/06/2012 | 76 | Amended Notice of Hearing (RE: related document(s)74 Notice of Hearing filed by Creditor William Andrew LeLiever) filed by William Andrew LeLiever on behalf of William Andrew LeLiever. Hearing scheduled for 6/27/2012 at 09:30 AM at 3-LTB-Rm126. (LeLiever, William) (Entered: 06/06/2012) |
| 06/07/2012 | 77 | Court Notice of Defective Filing (RE: related document(s)75 Other Document filed by Trustee James T. Ward). (ea) (Entered: 06/07/2012) |
| 06/07/2012 | 78 | Motion *for Order Setting Date for Continued Meeting of Creditors*. filed by Anna Cotten Wright on behalf of James T. Ward Sr.. Hearing scheduled for 6/27/2012 at 09:30 AM at 3-LTB-Rm126. (Wright, Anna) (Entered: 06/07/2012) |
| 06/07/2012 | 79 | Exhibit(s) *A & B to Motion for Order Setting Date for Continued Meeting of Creditors* (RE: related document(s)78 Motion (Other) filed by Trustee James T. Ward) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 06/07/2012) |
| 06/07/2012 | 80 | Notice of Hearing *on Motion for Order Setting Date for Continued Meeting of Creditors* (RE: related document(s)78 Motion (Other) filed by Trustee James T. Ward) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. Hearing scheduled for 6/27/2012 at 09:30 AM at 3-LTB-Rm126. (Wright, Anna) (Entered: 06/07/2012) |
| 06/08/2012 | 81 | *Adversary case 12-05033. Complaint 11 by James T. Ward, Trustee against Dianna Lee Jenkins, Joshua Matthew Jenkins, Aaron Matthew Jenkins, S.J. (a minor) - Fee Amount $ 293. Pre-Trial Order due by 08/15/2012*. filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Attachments: # 1 Cover Sheet# 2 Exhibit A - D) (Wright, Anna) (Entered: 06/08/2012) |
| 06/08/2012 | 82 | *Ex Parte Motion for Entry of Order Directing Rule 2004 Examination of and Production of Documents by W. Andrew LeLiever* filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 06/08/2012) |
| 06/08/2012 | 83 | Response *Answer and Objection to Motion* (RE: related document(s)82 Other Document filed by Trustee James T. Ward) Filed by William Andrew LeLiever on behalf of William Andrew LeLiever. (LeLiever, William) (Entered: 06/08/2012) |
| 06/11/2012 | 84 | Order Granting Ex Parte Motion to Seal Documents and Correct Docket Report. (RE: related document(s)75 Other Document filed by Trustee James T. Ward) (cch) (Entered: 06/11/2012) |
| | | Certificate of Service (RE: related document(s)84 Order (other)) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) |

| | | |
|---|---|---|
| 06/12/2012 | 85 | (Entered: 06/12/2012) |
| 06/12/2012 | 86 | *Adversary case 12-05033. Complaint 11 by James T. Ward, Trustee against Dianna Lee Jenkins, Joshua Matthew Jenkins, Aaron Matthew Jenkins, S.J. - Fee Amount $ 293. Pre-Trial Order due by 08/15/2012. filed by Anna Cotten Wright on behalf of James T. Ward Sr..* (Attachments: # 1 Cover Sheet# 2 Exhibit A - D) (Wright, Anna) (Entered: 06/12/2012) |
| 06/13/2012 | 87 | Motion to Dismiss Bankruptcy Case Voluntary by the debtor and a Notice of Hearing scheduled on June 27, 2012 at 401 West Trade Street, Room 126, Charlotte, North Carolina 28202 filed by Matthew Alan Jenkins . Hearing scheduled for 6/27/2012 at 09:30 AM at 3-LTB-Rm126. (cch) (Entered: 06/13/2012) |
| 06/18/2012 | 88 | Objection to Other Document (RE: related document(s)73 Motion to Dismiss filed by Creditor William Andrew LeLiever, 87 Motion to Dismiss filed by Debtor Matthew Alan Jenkins) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. Hearing scheduled for 6/27/2012 at 09:30 AM at 3-LTB-Rm126. (Wright, Anna) (Entered: 06/18/2012) |
| 06/18/2012 | 89 | Certificate of Service (RE: related document(s)88 Objection filed by Trustee James T. Ward) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 06/18/2012) |
| 06/18/2012 | 90 | Motion to Extend Time to Object to Discharge/Dischargeability with Notice of Hearing filed by the Chapter 7 Trustee and the U.S. Bankruptcy Administrator. Hearing scheduled for 6/27/2012 at 09:30 AM at 3-LTB-Rm126. (Kenny, Alexandria) (Entered: 06/18/2012) |
| 06/18/2012 | 91 | Motion to Shorten Notice (RE: related document(s)90 Motion to Extend filed by U.S. Trustee U.S. Bankruptcy Administrator) filed by U.S. Bankruptcy Administrator. (Kenny, Alexandria) (Entered: 06/18/2012) |
| 06/19/2012 | 92 | Order Granting Motion to Shorten Notice (Related Doc # 91) (ea) (Entered: 06/19/2012) |
| 06/19/2012 | 93 | Court Notice of Hearing on Motion of Bankruptcy Administrator (RE: related document(s)90 Motion to Extend filed by U.S. Trustee U.S. Bankruptcy Administrator). Hearing scheduled for 6/27/2012 at 09:30 AM at 3-LTB-Rm126. (ea) (Entered: 06/19/2012) |
| 06/19/2012 | 94 | *Trustee's (1) Reply to Answer & Objection to the Ex Parte Motion for Entry of Order Directing Rule 2004 Examination and Production of Documents by W. Andrew LeLiever; and (2) Motion to Compel Production of Documents by W. Andrew LiLiever* (RE: related document(s)83 Response filed by Creditor William Andrew LeLiever) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) Modified on 6/20/2012 (ea).SEE DEFECTIVE NOTICE #96. (Entered: 06/19/2012) |
| | | Response *and Objection to Motion to Dismiss Debtor's Chapter 7 Bankruptcy Petition filed by Debtor and* Hearing scheduled for |

| | | |
|---|---|---|
| 06/19/2012 | 95 | 06/27/2012 at 9:30 AM at 3-LTB-Charlotte Courtoom 126 (RE: related document(s)73 Motion to Dismiss filed by Creditor William Andrew LeLiever) Filed by Gregory P. Chocklett on behalf of Federated Financial Corporation of America. (Chocklett, Gregory) (Entered: 06/19/2012) |
| 06/20/2012 | 96 | Court Notice of Defective Filing (RE: related document(s)94 Other Document filed by Trustee James T. Ward). (ea) (Entered: 06/20/2012) |
| 06/20/2012 | 97 | Response *Objection to Motion to Dismiss filed by Leliever (Docket # 73) and Objection to Motion to Dismiss filed by the Debtor (Docket #87) and in Support of Trustee's Objection to Motion Dismiss (Docket # 88)* Hearing scheduled for 06/27/2012 at 9:30 AM at 3-LTB-Charlotte Courtoom 126 (RE: related document(s)87 Motion to Dismiss filed by Debtor Matthew Alan Jenkins) Filed by U.S. Bankruptcy Administrator. (kta, BA) (Entered: 06/20/2012) |
| 06/20/2012 | 98 | Response *Objection to Motion to Dismiss filed by Leliever (Docket # 73) and Objection to Motion to Dismiss filed by the Debtor (Docket #87) and in Support of Trustee's Objection to Motion Dismiss (Docket # 88)* Hearing scheduled for 06/27/2012 at 9:30 AM at 3-LTB-Charlotte Courtoom 126 (RE: related document(s)87 Motion to Dismiss filed by Debtor Matthew Alan Jenkins) Filed by U.S. Bankruptcy Administrator. (kta, BA) Modified on 6/21/2012 (blf).CORRECTIVE ENTRY: This entry is a duplicate of docket entry No. 97. (Entered: 06/20/2012) |
| 06/20/2012 | 99 | Ex Parte Motion to Shorten Notice (RE: related document(s)83 Response filed by Creditor William Andrew LeLiever, 94 Other Document filed by Trustee James T. Ward) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 06/20/2012) |
| 06/20/2012 | 100 | Notice of Hearing (RE: related document(s)83 Response filed by Creditor William Andrew LeLiever, 94 Other Document filed by Trustee James T. Ward, 99 Motion to Shorten Notice filed by Trustee James T. Ward) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. Hearing scheduled for 6/27/2012 at 09:30 AM at 3-LTB-Rm126. (Wright, Anna) (Entered: 06/20/2012) |
| 06/20/2012 | 101 | Order Granting Motion to Shorten Notice (Related Doc # 99) (ea) (Entered: 06/20/2012) |
| 06/21/2012 | 102 | BNC Certificate of Mailing (RE: related document(s)93 Notice of Hearing (BA Motion)). No. of Notices: 10. Notice Date 06/21/2012. (Admin.) (Entered: 06/22/2012) |
| | | Chapter 7 Trustee's Report of No Distribution: I, James T. Ward, Sr., having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has |

| | | |
|---|---|---|
| 06/22/2012 | | been fully administered. I request that I be discharged from any further duties as trustee. This case was pending for 2 months Assets Abandoned: $ 38500.00 Assets Exempt: $ 9050.00 Claims Scheduled: $ 170369.00 Claims scheduled to be discharged without payment: $ 170369.00. (Ward, James) (Entered: 06/22/2012) |
| 06/22/2012 | 103 | Trustee's Notice of Withdrawal of Report of No Distribution (RE: related document(s) Chapter 7 Trustee's Report of No Distribution) (Ward, James) (Entered: 06/22/2012) |
| 06/25/2012 | 104 | Exhibit(s) *to the Motion to Dismiss Bankruptcy* (RE: related document(s) 73 Motion to Dismiss filed by Creditor William Andrew LeLiever) filed by William Andrew LeLiever on behalf of William Andrew LeLiever. (Attachments: # 1 Exhibit Jenkins trust account dispursements# 2 Exhibit Contract for Appeal 1# 3 Exhibit contract for Appeal 2) (LeLiever, William) (Entered: 06/25/2012) |
| 06/25/2012 | 105 | Response *to Trustee's Objections to Motion to Dismiss* (RE: related document(s)88 Objection filed by Trustee James T. Ward) Filed by William Andrew LeLiever on behalf of William Andrew LeLiever. (LeLiever, William) (Entered: 06/25/2012) |
| 06/25/2012 | 106 | Notice of Hearing (RE: related document(s)99 Motion to Shorten Notice filed by Trustee James T. Ward) filed by William Andrew LeLiever on behalf of William Andrew LeLiever. Hearing scheduled for 6/27/2012 at 09:30 AM at 3-JCW-Rm122. (LeLiever, William) Modified on 6/26/2012 (ea).SEE DEFECTIVE NOTICE #107. (Entered: 06/25/2012) |
| 06/26/2012 | 107 | Court Notice of Defective Filing (RE: related document(s)106 Notice of Hearing filed by Creditor William Andrew LeLiever). (ea) (Entered: 06/26/2012) |
| 06/27/2012 | | Disposition of Hearing Held before the Honorable Laura T. Beyer: DENIED (RE: related document(s)73 Motion to Dismiss filed by Creditor William Andrew LeLiever). (jra) (Entered: 06/27/2012) |
| 06/27/2012 | | Disposition of Hearing Held before the Honorable Laura T. Beyer: DENIED FOR FAILURE TO PROSECUTE (RE: related document(s)87 Motion to Dismiss filed by Debtor Matthew Alan Jenkins). (jra) (Entered: 06/27/2012) |
| 06/27/2012 | | Disposition of Hearing Held before the Honorable Laura T. Beyer: GRANT EXTENSION OF 60 DAYS AFTER THE CONCLUSION OF THE 341 MEETING OF CREDITORS TO ALL CREDITORS, TRUSTEE, AND THE U.S. BANKRUPTCY ADMINISTRATOR (RE: related document(s)90 Motion to Extend filed by U.S. Bankruptcy Administrator and Chapter 7 Trustee ). (jra) (Entered: 06/27/2012) |
| | | Disposition of Hearing before the Honorable Laura T. Beyer: OBJECTION IS OVERRULED; DOCUMENTS TO BE PRODUCED BY JULY 9 AT 9:00 AM; A COMPLIANCE HEARING IS |

| Date | Doc # | Description |
|---|---|---|
| 06/27/2012 | | SCHEDULED FOR 7/11/2012 AT 2:00 PM (Number of Times Continued: 1) (RE: related document(s)83 Answer and Objection filed by Creditor William Andrew LeLiever, 94 Reponse filed by Trustee James T. Ward). Hearing scheduled for 7/11/2012 at 02:00 PM at 3-LTB-Rm126. (jra) (Entered: 06/27/2012) |
| 06/27/2012 | | Disposition of Hearing before the Honorable Laura T. Beyer: 341 MEETING IS CONTINUED TO 7/11/2012 AT 1:00 PM AT THE OFFICE OF THE U.S. BANKRUPTCY ADMINISTRATOR. IF DEBTOR FAILS TO APPEAR AT THE 341 MEETING, THE DEBTOR IS TO APPEAR ON 7/11/2012 AT 2:00 PM FOR A SHOW CAUSE HEARING. (Number of Times Continued: 1) (RE: related document(s)78 Motion for Order Setting Date for Continued Meeting of Creditors. filed by Trustee James T. Ward). STATUS Hearing scheduled for 7/11/2012 at 02:00 PM at 3-LTB-Rm126. (jra) (Entered: 06/27/2012) |
| 06/27/2012 | 108 | Courts Order Denying Motion to Dismiss Bankruptcy Case Voluntary by the debtor. (RE: related document(s)87 Motion to Dismiss filed by Debtor Matthew Alan Jenkins) (ea) (Entered: 06/27/2012) |
| 06/28/2012 | 109 | BNC Certificate of Mailing (RE: related document(s)107 Notice of Deficient/Defective Filing). No. of Notices: 2. Notice Date 06/28/2012. (Admin.) (Entered: 06/29/2012) |
| 06/29/2012 | 110 | Order Granting Motion to Approve Settlement with Federated Capital Corporation aka Federated Financial Corporation of America and Gregory P. Chocklett.. (RE: related document(s)66 Sealed Document) (ea) (Entered: 06/29/2012) |
| 06/29/2012 | 111 | Order Granting Motion to Approve Settlement with M.R.S. Associates, Inc.. (RE: related document(s)67 Sealed Document) (ea) (Entered: 06/29/2012) |
| 06/29/2012 | 112 | Order Granting Motion to Approve Settlement with Pentagroup Financial, LLC.. (RE: related document(s)68 Sealed Document) (ea) (Entered: 06/29/2012) |
| 06/29/2012 | 113 | Order Granting Motion to Approve Settlement with G.C. Services, L.P.. (RE: related document(s)69 Sealed Document) (ea) (Entered: 06/29/2012) |
| 06/29/2012 | 114 | Order Granting Motion to Approve Settlement with Pro Consulting Services, Inc.. (RE: related document(s)70 Sealed Document) (ea) (Entered: 06/29/2012) |
| 06/29/2012 | 115 | Order Granting Motion to Approve Settlement with Aegis Receivables Management, Inc. . (RE: related document(s)71 Sealed Document) (ea) (Entered: 06/29/2012) |
| 06/29/2012 | 116 | Order Granting Motion to Approve Settlement with Nationwide Credit, Inc.. (RE: related document(s)72 Sealed Document) (ea) (Entered: 06/29/2012) |

| | | |
|---|---|---|
| 06/29/2012 | 117 | BNC Certificate of Mailing (RE: related document(s)108 Order (other)). No. of Notices: 7. Notice Date 06/29/2012. (Admin.) (Entered: 06/30/2012) |
| 07/02/2012 | 118 | Certificate of Service (RE: related document(s)115 Order (other)) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 07/02/2012) |
| 07/02/2012 | 119 | Certificate of Service (RE: related document(s)114 Order (other)) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 07/02/2012) |
| 07/02/2012 | 120 | Certificate of Service (RE: related document(s)113 Order (other)) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 07/02/2012) |
| 07/02/2012 | 121 | Certificate of Service (RE: related document(s)111 Order (other)) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 07/02/2012) |
| 07/02/2012 | 122 | Certificate of Service (RE: related document(s)116 Order (other)) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 07/02/2012) |
| 07/02/2012 | 123 | Certificate of Service (RE: related document(s)110 Order (other)) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 07/02/2012) |
| 07/02/2012 | 124 | Order Denying Motion to Dismiss filed by W. Andrew LeLiever. (Related Doc # 73) (jra) (Entered: 07/02/2012) |
| 07/02/2012 | 125 | Order Granting Motion To Extend Time for any Interested Party to Object to Discharge/Dischargeability through and including Sixty (60) Days after the Meeting of Creditors has been Adjourned. (Related Doc # 90) (jra) (Entered: 07/02/2012) |
| 07/02/2012 | 126 | Order Granting for Trustee's Motion for Order Setting Date for Continued Meeting of Creditors. The Debtor is Ordered to Appear at the Continued Meeting of Creditors at 1:00 PM on 7/11/2012 at the Office of the US Bankruptcy Administrator. Should the Debtor fail to Appear at the Continued Meeting, the Court will conduct a Show Cause Hearing on 7/11/2012 at 2:00 PM. (Related Doc # 78) (jra) (Entered: 07/02/2012) |
| 07/02/2012 | 127 | Order Granting Motion to Compel. (RE: related document(s)83 Answer and Objection filed by Creditor William Andrew LeLiever, 94 Reply and Motion to Compel filed by Trustee James T. Ward) (jra) (Entered: 07/02/2012) |
| | | Certificate of Service (RE: related document(s)124 Order on Motion to Dismiss, 125 Order on Motion to Extend, 126 Order on Motion (Other), 127 Order (other)) filed by Anna Cotten Wright on behalf of James T. |

| | | |
|---|---|---|
| 07/02/2012 | 128 | Ward Sr.. (Wright, Anna) (Entered: 07/02/2012) |
| 07/11/2012 | | Disposition of Hearing before the Honorable Laura T. Beyer: CONTINUED (RE: related document(s)78 Motion (Other) filed by Trustee James T. Ward, IN CONTEMPT OF JULY 2 ORDER. ORDERED TO APPEAR AT DATE TO BE DESIGNATED IN ORDER. COMPLIANCE HEARING SCHEDULED FOR JULY 23, 2012 AT 2:00 PM, UNITED STATES BANKRUPTCY COURT, COURTROOM 126, CHARLOTTE, NC (Number of Times Continued: 2) 83 Answer and Objection to Ex Parte Motion for Entry of Order filed by Creditor William Andrew LeLiever) ORDERED TO TURNOVER EXCESS FUNDS WITHIN 10 DAYS OF ORDER; TURNOVER CONTINGENCY AGREEMENTS WITHIN 10 DAYS OF ORDER (Number of Times Continued: 1). SHOW CAUSE HEARING scheduled for 7/23/2012 at 02:00 PM at 3-LTB-Rm126, Charlotte, NC. (chb) (Entered: 07/11/2012) |
| 07/16/2012 | 129 | Order Finding Matthew Alan Jenkins in Contempt of July 2, 2012 Order; Debtor may purge his contempt by appearing at a continued Creditors' Meeting on two alternative dates, either on 7/18/2012 at 1:00 PM or 7/19/2012 at 1:00 PM. (RE: related document(s)126 Order on Motion (Other)) (ea) (Entered: 07/16/2012) |
| 07/16/2012 | 130 | Order Regarding Compliance with Order Granting Motion to Compel. (RE: related document(s)127 Order (other)) (ea) (Entered: 07/16/2012) |
| 07/17/2012 | 131 | Certificate of Service (RE: related document(s)129 Order (other)) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 07/17/2012) |
| 07/17/2012 | 132 | Certificate of Service (RE: related document(s)130 Order (other)) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 07/17/2012) |
| 07/17/2012 | 133 | Financial Management Course Certificate filed by Matthew Alan Jenkins . (ea) (Entered: 07/17/2012) |
| 07/18/2012 | 134 | BNC Certificate of Mailing (RE: related document(s)129 Order (other)). No. of Notices: 7. Notice Date 07/18/2012. (Admin.) (Entered: 07/19/2012) |
| 07/18/2012 | 135 | BNC Certificate of Mailing (RE: related document(s)130 Order (other)). No. of Notices: 7. Notice Date 07/18/2012. (Admin.) (Entered: 07/19/2012) |
| 07/19/2012 | 136 | Notice of Address Change and Declaration filed by Matthew Alan Jenkins. (ea) (Entered: 07/19/2012) |
| 07/23/2012 | | Disposition of Hearing before the Honorable Laura T. Beyer: CONTINUED (Number of Times Continued: 3) (RE: related document(s) 78 Motion (Other) filed by Trustee James T. Ward) . Hearing scheduled for 8/7/2012 at 09:30 AM at 3-LTB-Rm126. (chb) (Entered: 07/24/2012) |
| | | |

| Date | Doc # | Description |
|---|---|---|
| 07/23/2012 | | Disposition of Hearing before the Honorable Laura T. Beyer: ORDERED TO PAY $2000 IN TRUSTEE FEES; COMPLIANCE HEARING 8/28/2012 AT 9:30 AM; SHOW CAUSE HEARING 8/29/12 AT 9:30 AM; REFERRAL TO STATE BAR. CONTINUED (Number of Times Continued: 3) (RE: related document(s)83 Response filed by Creditor William Andrew LeLiever). Hearing scheduled for 8/28/2012 at 09:30 AM at 3-LTB-Rm126. (chb) Modified on 7/24/2012 (chb). CORRECTIVE ENTRY: Changed to correct text from Compliance Hearing 8/28/12 To COMPLIANCE BY 8/28/2012 (Entered: 07/24/2012) |
| 07/24/2012 | 137 | Clerk's Entry to Denote Correction to Docket. CORRECTIVE ENTRY: Changed to correct text from Compliance Hearing 8/28/12 To COMPLIANCE BY 8/28/2012 (RE: related document(s)] Disposition of Hearing/Trial held 7/23/2012). (chb) (Entered: 07/24/2012) |
| 07/31/2012 | 138 | Order (I) Abrogating Provision in the Court's Order Regarding Compliance with Order Granting Motion to Compel; and (II) Awarding Sanctions to the Trustee. (RE: related document(s)130 Order (other)) (ea) (Entered: 07/31/2012) |
| 07/31/2012 | | Request For Transcript for hearing on DATE: 07-23-2012.(adi) (Entered: 07/31/2012) |
| 08/02/2012 | 139 | Transcript for Hearing/Trial held on 07/23/12. For a copy of the Transcript, contact the Transcriber Janice Russell, 1133 Tanager Trail, Virginia Beach, VA. 23451, 757-422-9089. Transcript access will be restricted through 10/31/2012. (Russell, Janice) (Entered: 08/02/2012) |
| 08/03/2012 | 140 | Notice of Opportunity for Redaction. (RE: related document(s)139 Transcript) (ea) (Entered: 08/03/2012) |
| 08/05/2012 | 141 | BNC Certificate of Mailing (RE: related document(s)139 Transcript). No. of Notices: 4. Notice Date 08/05/2012. (Admin.) (Entered: 08/06/2012) |
| 08/05/2012 | 142 | BNC Certificate of Mailing (RE: related document(s)140 Order (other)). No. of Notices: 3. Notice Date 08/05/2012. (Admin.) (Entered: 08/06/2012) |
| 08/07/2012 | | Disposition of Hearing Held before the Honorable Laura T. Beyer: MR. JENKINS COMPLIED (RE: related document(s)78 Motion (Other) filed by Trustee James T. Ward). (tes) (Entered: 08/07/2012) |
| 08/29/2012 | | Disposition of Hearing before the Honorable Laura T. Beyer: CONTINUED FOR COMPLIANCE (Number of Times Continued: 4) (RE: related document(s)83 Response filed by Creditor William Andrew LeLiever). Hearing scheduled for 9/12/2012 at 09:30 AM at 3-LTB-Rm126. (tes) (Entered: 08/29/2012) |
| 09/12/2012 | | Disposition of Hearing Held before the Honorable Laura T. Beyer: SETTLED (RE: related document(s)83 Response filed by Creditor William Andrew LeLiever). (krt) (Entered: 09/12/2012) |

| | | |
|---|---|---|
| 09/14/2012 | 143 | Amended Official Form 6, Schedule F, Declaration, Statement of Financial Affairs, Amended as Follows: Change Creditors or Amounts w/ Certificate of Service. - Fee Amount $30.00, filed by Matthew Alan Jenkins. (ea) (Entered: 09/14/2012) |
| 09/25/2012 | 144 | Motion *for Order Surcharging Debtor's Exemptions*. filed by Anna Cotten Wright on behalf of James T. Ward Sr.. Hearing scheduled for 10/24/2012 at 09:30 AM at 3-LTB-Rm126. (Attachments: # 1 Exhibit A - F# 2 Notice of Hearing w/COS) (Wright, Anna) (Entered: 09/25/2012) |
| 09/25/2012 | 145 | Motion *for Order Preserving Causes of Action for the Benefit of the Bankruptcy Estate*. filed by Anna Cotten Wright on behalf of James T. Ward Sr.. Hearing scheduled for 10/24/2012 at 09:30 AM at 3-LTB-Rm126. (Attachments: # 1 Notice of Hearing w/COS) (Wright, Anna) (Entered: 09/25/2012) |
| 09/26/2012 | 146 | Adversary case 12-03223. Complaint 41 *Objecting to Discharge* by James T. Ward, Linda Simpson against Matthew Alan Jenkins - Fee Amount $ 293. Pre-Trial Order due by 01/24/2013. (Attachments: # 1 Cover Sheet# 2 Exhibit A-H) (Wright, Anna) (Entered: 09/26/2012) |
| 10/05/2012 | 147 | Response Hearing scheduled for 10/24/2012 at 9:30 AM at 3-LTB-Charlotte Courtroom 126 (RE: related document(s)144 Motion (Other) filed by Trustee James T. Ward) Filed by Matthew Alan Jenkins. (ea) (Entered: 10/09/2012) |
| 10/05/2012 | 148 | Response Hearing scheduled for 10/24/2012 at 9:30 AM at 3-LTB-Charlotte Courtroom 126 (RE: related document(s)145 Motion (Other) filed by Trustee James T. Ward) Filed by Matthew Alan Jenkins. (ea) (Entered: 10/09/2012) |
| 10/11/2012 | 149 | *Trustees Reply to Debtors Opposition to Trustees Motion for Order Surcharging Debtors Exemptions* (RE: related document(s)147 Response filed by Debtor Matthew Alan Jenkins) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 10/11/2012) |
| 10/11/2012 | 150 | *Trustees Reply to Debtors Opposition to Trustees Motion for Order Preserving Causes of Action for the Benefit of the Bankruptcy Estate* (RE: related document(s)148 Response filed by Debtor Matthew Alan Jenkins) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 10/11/2012) |
| 10/19/2012 | 151 | Third Amended Declaration, Official Form 6, Schedule B filed by Matthew Alan Jenkins. (ea) (Entered: 10/19/2012) |
| 10/23/2012 | 152 | Affidavit *of A. Cotten Wright in Support of Trustee's Motion for Order Surcharging Debtor's Exemptions* (RE: related document(s)144 Motion (Other) filed by Trustee James T. Ward) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 10/23/2012) |
| | | Certificate of Service (RE: related document(s)152 Affidavit filed by Trustee James T. Ward) filed by Anna Cotten Wright on behalf of James |

| | | |
|---|---|---|
| 10/23/2012 | 153 | T. Ward Sr.. (Wright, Anna) (Entered: 10/23/2012) |
| 10/24/2012 | | Disposition of Hearing Held before the Honorable Laura T. Beyer: (RE: related document(s)144 Motion for Order Surcharging Debtor's Exemption filed by Trustee James T. Ward -- GRANTED; 145 Motion for Order Preserving Causes of Action for the Benefit of the Bankruptcy Estate filed by Trustee James T. Ward -- GRANTED AS AMENED). (jra) (Entered: 10/24/2012) |
| 10/30/2012 | 154 | Order Granting Trustee's Motion to Surcharge Debtor's Exemptions. (RE: related document(s)144 Motion for Order Surcharging Debtor's Exemptions filed by Trustee James T. Ward) (jra) (Entered: 10/30/2012) |
| 10/30/2012 | 155 | Order Granting Trustee's Motion for Order Preserving Causes of Action for the Benefit of the Bankruptcy Estate. (RE: related document(s)145 Motion for Order Preserving Causes of Action for the Benefit of the Bankruptcy Estate filed by Trustee James T. Ward) (jra) (Entered: 10/30/2012) |
| 10/31/2012 | 158 | Certificate of Service (RE: related document(s)154 Order (other), 155 Order (other)) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 10/31/2012) |
| 11/01/2012 | 159 | BNC Certificate of Mailing (RE: related document(s)154 Order (other)). No. of Notices: 1. Notice Date 11/01/2012. (Admin.) (Entered: 11/02/2012) |
| 11/01/2012 | 160 | BNC Certificate of Mailing (RE: related document(s)155 Order (other)). No. of Notices: 1. Notice Date 11/01/2012. (Admin.) (Entered: 11/02/2012) |
| 11/08/2012 | 161 | Interim Application for Compensation to:*Grier Furr & Crisp, PA*, Fee:*$110,154.50*, Expenses:*$3,242.58*. If a response or objection is filed - DUE: within fourteen days of the filing of this Notice, a hearing will be held on DATE: 11/28/2012, TIME: 9:30 a.m., LOCATION: Bankruptcy Courtroom, 401 W. Trade St., Charlotte, NC filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Attachments: # 1 Notice of Opportunity for Hearing w/COS) (Wright, Anna) (Entered: 11/08/2012) |
| 11/08/2012 | 162 | Notice of Appeal to District Court. Fee Amount $ 298 (RE: related document(s)154 Order (other), 155 Order (other)) Filed by Matthew Alan Jenkins. Appellant Designation due by 11/23/2012. (jlb) (Entered: 11/08/2012) |
| 11/08/2012 | 163 | Certificate of Mailing (RE: related document(s)162 Notice of Appeal filed by Debtor Matthew Alan Jenkins). (jlb) (Entered: 11/08/2012) |
| | | District Court Case No: 5:12-cv-00168 (RE: related document(s)162 Notice of Appeal filed by Debtor Matthew Alan Jenkins). (jlb) Modified on 11/9/2012 (jlb). CORRECTIVE ENTRY: Case was filed in wrong division venue changed to Charlotte Division by order of Bankruptcy Court. Case has been copied from 5:12cv168 to 3:12cv751. Please use |

| | | |
|---|---|---|
| 11/08/2012 | 164 | 3:12cv751 for all future pleadings. (Entered: 11/08/2012) |
| 11/09/2012 | 165 | Clerk's Entry to Denote Correction to Docket. CORRECTIVE ENTRY: Case was filed in wrong division venue changed to Charlotte Division by order of Bankruptcy Court. Case has been copied from 5:12cv168 to 3:12cv751. Please use 3:12cv751 for all future pleadings(RE: related document(s) 164 ). (jlb) (Entered: 11/09/2012) |
| 11/13/2012 | 166 | Notice to Appellant to pay filing fee within 10 days (RE: related document(s)162 Notice of Appeal filed by Debtor Matthew Alan Jenkins) (jlb) (Entered: 11/13/2012) |
| 11/15/2012 | 167 | BNC Certificate of Mailing (RE: related document(s)166 Order (other)). No. of Notices: 1. Notice Date 11/15/2012. (Admin.) (Entered: 11/16/2012) |
| 11/20/2012 | 168 | E-mail Chain Between Trustee's Counsel A. Cotten Wright, Debtor Matt Jenkins and Law Clerk Chris Badger, filed by Matthew Alan Jenkins. (ea) (Entered: 11/20/2012) |
| 11/20/2012 | 169 | Appellant Designation of Contents for Inclusion in Record and Statement of Issues on Appeal. (RE: related document(s)162 Notice of Appeal filed by Debtor Matthew Alan Jenkins) Filed by Matthew Alan Jenkins. Transmission of Designation Due by 12/20/2012. (ea) (Entered: 11/20/2012) |
| 11/26/2012 | 170 | *Notice of Filing of Corrected Email Correspondence Between Trustee's Counsel, A. Cotten Wright, Debtor Matt Jenkins, and Law Clerk, Chris Badger* (RE: related document(s)168 Other Document filed by Debtor Matthew Alan Jenkins) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 11/26/2012) |
| 11/27/2012 | 171 | Order Granting Application for Compensation to: Grier Furr & Crisp, PA (Related Doc # 161) (ea) Modified on 11/27/2012 (ea).CORRECTIVE ENTRY: Changed to add - Interim. (Entered: 11/27/2012) |
| 11/28/2012 | 172 | Certificate of Service (RE: related document(s)171 Order on Application for Compensation) filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 11/28/2012) |
| 11/28/2012 | 173 | Appellee Designation of Additional Record. Filed by Anna Cotten Wright on behalf of James T. Ward Sr.. (Wright, Anna) (Entered: 11/28/2012) |
| 11/30/2012 | 174 | Memorandum docketed in District Court from Bankruptcy Clerk re: Filing Fee. (ea) (Entered: 11/30/2012) |
| 12/03/2012 | 175 | Order from U.S. District Court Judge Graham Mullen Dismissing Appeal (RE: related document(s)162 Notice of Appeal filed by Debtor Matthew Alan Jenkins, 169 Appellant/Appellee Designation filed by Debtor Matthew Alan Jenkins) (ea) (Entered: 12/05/2012) |
| | | |

| 12/06/2012 | 176 | Transcript for Hearing/Trial held on 6-27-12. For a copy of the Transcript, contact the Transcriber Patricia Basham, 6411 Quail Ridge Dr., Bartlett, TN 38135, 901-372-0613. Transcript access will be restricted through 03/6/2013. (Basham, Patricia) (Entered: 12/06/2012) |
|---|---|---|
| 12/06/2012 | 177 | Transcript for Hearing/Trial held on 10-24-12. For a copy of the Transcript, contact the Transcriber Patricia Basham, 6411 Quail Ridge Dr., Bartlett, TN 38135, 901-372-0613. Transcript access will be restricted through 03/6/2013. (Basham, Patricia) (Entered: 12/06/2012) |
| 12/07/2012 | 178 | Notice of Transcript Filing and of Deadlines Related to Restriction and Redaction. (RE: related document(s)176 Transcript) (nms) (Entered: 12/07/2012) |
| 12/07/2012 | 179 | Notice of Transcript Filing and of Deadlines Related to Restriction and Redaction. (RE: related document(s)177 Transcript) (nms) (Entered: 12/07/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/08/2013 15:43:57 | | | |
| **PACER Login:** | gg0049 | **Client Code:** | ward/jenkins |
| **Description:** | Docket Report | **Search Criteria:** | 12-50413 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html |
| **Billable Pages:** | 14 | **Cost:** | 1.40 |