UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| **In re:**<br>    **Matthew Alan Jenkins,**<br>    **d/b/a Shephard Service Company,**<br><br>                                 **Debtor.** | Case No. 12-50413<br><br>Chapter 7 |
| **James T. Ward, Sr., Trustee, and Linda Simpson, United States Bankruptcy Administrator,**<br><br>                                **Plaintiffs,**<br><br>v.<br><br>**Matthew Alan Jenkins,**<br><br>                                **Defendant.** | Adversary Proceeding 12-3223 |

## SECOND AFFIDAVIT OF A. COTTEN WRIGHT IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

A. Cotten Wright, being duly sworn, deposes and says:

1. My name is A. Cotten Wright, and I am a member of the law firm of Grier Furr & Crisp, PA, 101 North Tryon Street, Suite 1240, Charlotte, North Carolina.

2. I have been engaged to represent James T. Ward (the "Trustee" or "Plaintiff"), the trustee in the above-captioned chapter 7 bankruptcy case of Matthew Alan Jenkins (the "Debtor").

3. This Affidavit is provided in support of Plaintiffs' Motion for summary judgment (the "Motion"). Plaintiffs have filed their *Reply* (the "Reply") to the Debtor's *Opposition* to the Motion to which they have attached certain exhibits.

4. Exhibit R to the Reply is an excerpt from the transcript of the Debtor's testimony at the continued meeting of creditors conducted on July 19, 2012.

1

5.  Exhibit S is a print copy of the docket report in the Debtor's bankruptcy case as it appeared on February 8, 2013, which is available through PACER.

6.  Exhibit T, Exhibit U, Exhibit V, and Exhibit CC are copies of the Debtor's bankruptcy schedules and statement of financial affairs as filed by the Debtor in the his bankruptcy case on April 24, 2012, April 30, 2013, September 14, 2012, and October 19, 2012, respectively, which are available through PACER.

7.  Exhibit W is an excerpt of the transcript of a hearing held in the Debtor's bankruptcy case on July 23, 2012, which is available through PACER.

8.  Exhibit X and Exhibit Z are copies of reported opinions of the North Carolina Court of Appeals that are available through Westlaw.

9.  Exhibit Y and Exhibit AA are flat fee agreements between the Debtor and his pre-petition litigation attorney, W. Andrew LeLiever ("LeLiever") that were emailed to me by LeLiever at cwright@grierlaw.com on June 25, 2012 at 3:42 p.m.

10. Exhibit BB is a copy of the complaint filed by the Debtor against Federated Financial Corporation of America, Inc. and Gregory P. Chocklett in the United States District Court for the Eastern District of North Carolina on September 21, 2011, which is available through PACER.

This is the 18th day of February, 2013.

_A. Cotten Wright_
A. Cotten Wright

Sworn to and subscribed before me
this 18 day of Feb. , 2013.

_Kay R. Buffaloe_
Notary Public
Print Name: Kay R. Buffaloe
My commission expires: 9-18-2016

