UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Case No. 12-50413 |
| Matthew Alan Jenkins f/d/b/a | ) | Chapter 7 |
| Shephard Service Company | ) | |
|     Debtor(s) | ) | |
| | ) | |
| James T. Ward Sr. and Linda Simpson | ) | |
|     Plaintiff(s) | ) | |
| v. | ) | |
| Matthew Alan Jenkins | ) | Adv. Proc. No. 12-03223 |
|     Defendant | ) | |
| _____ | ) | |

FILED
U.S. Bankruptcy Court
Western District of NC

MAR 2 5 2013

Steven T. Salata, Clerk
Charlotte Division
EA

## NOTICE OF APPEAL

Appellant, Matthew Alan Jenkins, the Defendant, appeals under 28 U.S.C. § 158(a) from the *Order Granting Plaintiff's Motion for Summary Judgment* [ D.E. #20 ] issued by the Honorable Judge Laura Beyer of the United States Bankruptcy Court, Western District of North Carolina, Charlotte Division, entered in this proceeding on March 13, 2013.

The names of all parties to the Orders appealed from and the names, addresses and telephone numbers of their respective attorneys, are as follows:

U.S. Bankruptcy Administrator
Linda Simpson
402 West Trade Street
Suite #200
Charlotte, NC 28202
704 332-7587

U.S. Trustee
James T. Ward, Sr.
404 Bethel Street
P.O. Box 240
Clover, SC 29710-0240

<u>Debtor</u>
Matt Jenkins
14833 Mansa Dr.
La Mirada CA 90638
562 882-0300

<u>Attorney for Trustee</u>
A. Cotton Wright
Grier Furr & Crips, PA
101 N. Tryon St., Suite 1240
Charlotte, NC 28246
704 375-3720

Dated: 3/20/13

*[signature]*

Matthew A. Jenkins, Pro Se,
14833 Mansa Dr.
La Mirada, CA 90638

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing NOTICE OF APPEAL was served on the following parties either by electronic service or U.S. mail, postage prepaid and addressed as follows:

<u>U.S. Bankruptcy Administrator</u>
Linda Simpson
402 West Trade Street
Suite #200
Charlotte, NC 28202
704 332-7587

<u>U.S. Trustee</u>
James T. Ward, Sr.
404 Bethel Street
P.O. Box 240
Clover, SC 29710-0240

<u>Debtor</u>
Matt Jenkins
14833 Mansa Dr.
La Mirada CA 90638
562 882-0300

<u>Attorney for Trustee</u>
A. Cotton Wright
Grier Furr & Crips, PA
101 N. Tryon St., Suite 1240
Charlotte, NC 28246
704 375-3720

Dated: 3/21/13

_____
Matthew A. Jenkins, Pro Se,
14833 Mansa Dr.
La Mirada, CA 90638

03/20/13

U.S. Bankruptcy Court
Western District of North Carolina
Charlotte Division
401 West Trade Street
Room 111
Charlotte, NC 28202

Matt Jenkins
14833 Mansa Dr.
La Mirada, Ca. 90638
E-Mail: shephard68@yahoo.com
562 882-0300


RE:  In re Matthew Alan Jenkins fdba Shephard Service Co.

Defendant in Adversary Proceeding: 12-03223
Main Case #: 12-50413
Chapter 7


   Dear Clerk,

   Enclosed for filing please find Defendant's Notice of Appeal from the Order entered on March 13, 2013, in the aforementioned proceeding and the $ 298.00 filing fee. If there are any questions, please feel free to email or call at the above listed contact information.


Thank you for your cooperation.

Sincerely yours,

Matt Jenkins